# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

136636

ERIC C. FROHRIEP, and all others
similarly situated,
        Plaintiffs-Appellants,

v

MICHAEL P. FLANAGAN, JEREMY M.
HUGHES, and FRANK P. CILOSKI,
        Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136636
COA: 273426
Ingham CC: 06-000430-NZ

_____/

On order of the Court, the application for leave to appeal the April 29, 2008 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Odom v Detroit* (Docket No 133433) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

p1020